**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

    v.

ABBA COHEN, JASON CRYSTAL, and MILES
CONNORS,

              Defendants.

25-Cr-00444 (GBD)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Seema Sabu, an attorney duly admitted to practice before

this Court, hereby appears as counsel of record on behalf of Defendant Miles Connors in the above-

captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and

other papers in be served upon her at the following address:

> Seema Sabu
> Covington & Burling LLP
> 30 Hudson Yards
> New York, NY 10001-2170
> Telephone: (212) 841-1000
> Email: Ssabu@cov.com

Dated: New York, New York
      May 13, 2026

Respectfully submitted,

By: /s/ *Seema Sabu*
      Seema Sabu

Seema Sabu
Covington & Burling LLP
30 Hudson Yards
New York, New York 10001-2170
(212) 841-1000
ssabu@cov.com

*Counsel for Defendant Connors*