# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T  +1 212 841 1000

**Via ECF**                                                                July 13, 2026

Honorable George B. Daniels
United States District Judge
500 Pearl St.
New York, NY 10007

**Re:    *United States v. Cohen et al*, 25-cr-00444 (GBD)**

Dear Judge Daniels:

Defendant Miles Connors respectfully requests a one-month extension of his deadline to make defense motions, from July 17, 2026 until August 17, 2026.  Mr. Connors is in plea negotiations with the Government and is awaiting a plea offer; an extension of the time to make motions would facilitate this process.  This is Mr. Connors' first request for an extension, and the Government and counsel for Defendants Cohen and Crystal consent to this request.

A one-month extension would adjust the deadlines for Mr. Connors' defense motions as follows:

| Filing/Event | Current Deadline | Proposed Extension |
|---|---|---|
| **Mr. Connors' motion(s) due** | July 17, 2026 | August 17, 2026 |
| **Government's opposition due** | August 14, 2026 | September 14, 2026 |
| **Mr. Connors' reply due** | August 28, 2026 | September 28, 2026 |

Mr. Connors also respectfully requests that the status conference currently scheduled for September 17, 2026 be continued until a time convenient for the Court in early October 2026.

SO ORDERED:

*George B. Daniels* (signature)

George B. Daniels, U.S.D.J.

Dated: JUL 1 4 2026

Respectfully submitted,

*/s/ Seema Sabu*
Seema Sabu

*Counsel for Defendant Connors*

CC: All counsel of record via ECF