**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

ABBA COHEN, JASON CRYSTAL, and MILES CONNORS,

Defendants.

S1 25 Cr. 444 (GBD)

**NOTICE OF MOTION TO SUPPRESS**

PLEASE TAKE NOTICE that, upon the annexed attorney declaration of Seema Sabu, the exhibits thereto, and the accompanying memorandum of law, Defendant Miles Connors, by his attorneys, will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C) and the Fourth Amendment to the United States Constitution suppressing all evidence and other information obtained from Mr. Connors' Apple iPhone and Apple iCloud account, including all evidence obtained under the Suffolk County warrants of June 26, 2024 and August 12, 2024 and under the Government's warrants of September 19, 2025 (25 Mag. 3018), September 27, 2025 (25 Mag. 3100), and October 10, 2025 (25 Mag. 3253), and for an evidentiary hearing.

Dated: September 8, 2026

Respectfully submitted,

COVINGTON & BURLING LLP
By: <u>*/s/ Seema Sabu*</u>
Seema Sabu
Amanda Kramer
30 Hudson Yards
New York, NY 10001
(212) 841-1000

TREANOR DEVLIN-BROWN PLLC
By: <u>*/s/ Arlo Devlin-Brown*</u>
Arlo Devlin-Brown
230 Park Avenue, Suite 450
New York, NY 10169
(212) 858-9080

*Attorneys for Defendant Miles Connors*