UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

v.

ABBA COHEN et al.,

Defendants.

S1 25-cr-00444 (GBD)

**Declaration of Miles Connors**

I, Miles Connors, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. As a defendant in this case, I submit this Declaration in support of my motion to suppress evidence under Federal Rule of Criminal Procedure 12 and the United States Constitution. The statements in this Declaration are based on my personal knowledge and recollection, and they concern my Apple iPhone and my Apple iCloud account.
2. On or about June 17, 2024, I was arrested by the New York State Police in Suffolk County, New York.
3. At the time of my arrest, I had in my possession a black Apple iPhone that belonged to me.
4. Upon my arrest, law enforcement officers seized my iPhone.
5. I did not authorize or consent to the seizure of my iPhone by any law enforcement agency, nor did I authorize or consent to any search of its contents.
6. I am aware that, following my arrest, the Suffolk County District Attorney's Office obtained a warrant from the Suffolk County District Court on or about June 26, 2024, to search the contents of my iPhone. I did not consent to that search.

7. I am also aware that, on or about August 12, 2024, the Suffolk County District Attorney's Office obtained a warrant from a Suffolk County court for the contents of my Apple iCloud account for the period May 29, 2024 through June 18, 2024, and that Apple produced records from my iCloud account to Suffolk County under that warrant. I did not consent to that search or to that production.

8. I am also aware that, on or about September 19, 2025, the Government obtained a separate federal search warrant authorizing the search of the full contents of my Apple iCloud account, miles.connors@icloud.com, for the period January 27, 2024 through August 20, 2025. That iCloud account is mine. I did not authorize or consent to the search of my iCloud account.

9. I am further aware that, on or about September 27, 2025, the Government obtained a federal search warrant authorizing it to search the copy of my iCloud account records that Apple had produced to Suffolk County and that Suffolk County had stored on a hard drive. I did not authorize or consent to that search.

10. I am further aware that the data extracted from my iPhone by Suffolk County was subsequently transferred to federal law enforcement authorities and that, on or about October 10, 2025, the Government obtained a federal search warrant to examine the extracted contents of my iPhone. I did not authorize or consent to this federal search.

11. I know that the Government searched my iPhone and my iCloud account because I have seen materials produced in discovery in this case that reflect the examination of data from my phone and my iCloud account by law enforcement in connection with

this prosecution. I was able to confirm that the data was mine because I recognized messages, photographs, and other content that I personally created or received.

12. At no point did I voluntarily consent to the seizure of my iPhone, the search of its contents, or the search of my iCloud account, including the copy of my iCloud account records held by Suffolk County.

13. Before I signed this Declaration, my attorney read it aloud to me in full, and I understood its contents.

I affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements are true and correct to the best of my knowledge and recollection.

Dated: September 4, 2026
Newark, New Jersey

Miles Connors
Miles Connors