**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

ABBA COHEN, JASON CRYSTAL, and MILES CONNORS,

Defendants.

S1 25 Cr. 444 (GBD)

**NOTICE OF MOTION TO SEVER**

PLEASE TAKE NOTICE that, upon the annexed declaration of Seema Sabu, the exhibits thereto, and the accompanying memorandum of law, Defendant Miles Connors, by his attorneys, will move this Court, before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an Order severing the trial of Defendant Connors from the trial of co-defendants Abba Cohen and Jason Crystal, pursuant to Rule 14(a) of the Federal Rules of Criminal Procedure.

New York, NY
Dated: September 8, 2026

Respectfully submitted,

COVINGTON & BURLING LLP

By: _/s/ Seema Sabu_
Seema Sabu
Amanda Kramer
30 Hudson Yards
New York, NY 10001
(212) 841-1000

TREANOR DEVLIN-BROWN PLLC

By: _/s/ Arlo Devlin-Brown_
Arlo Devlin-Brown
230 Park Avenue, Suite 450
New York, NY 10169
(212) 858-9080

*Attorneys for Defendant Miles Connors*