**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ABBA COHEN, JASON CRYSTAL, and MILES CONNORS,<br><br>Defendants. | S1 25 Cr. 444 (GBD) |

**DECLARATION OF SEEMA SABU IN SUPPORT OF DEFENDANT MILES CONNORS' MOTIONS TO SUPPRESS AND TO SEVER**

1. I am an attorney at Covington & Burling, LLP and counsel for defendant Miles Connors. I submit this declaration in support of Mr. Connors' motion to suppress and his motion to sever.

2. Attached hereto as Exhibits 1 through 10 are true and correct copies of the following documents:

Ex. 1 Application and affidavit for search warrant, 25 Mag. 3018 (S.D.N.Y. Sept. 19, 2025) (USAO_APO_0000016-0000055).

Ex. 2 Application and affidavit for search warrant, 25 Mag. 3253 (S.D.N.Y. Oct. 10, 2025) (USAO_APO_0000118-0000175).

Ex. 3 Application and affidavit for search warrant, 25 Mag. 3100 (S.D.N.Y. Sept. 27, 2025) (USAO_APO_0000056-0000113).

Ex. 4 Application for search warrants, Supreme Court of the State of New York, County of Suffolk, sitting as a local criminal court (Oct. 8, 2024) (USAO_APO_0000807-0000873).

Ex. 5 Application for a search warrant, District Court of the State of New York, County of Suffolk, First District (June 26, 2024) (USAO_APO_0001045-0001073).

Ex. 6 Compendium of exhibits to applications of the Suffolk County District Attorney's Office, including sworn victim statements and photo array reports (USAO_APO_0000715-0000791).

Ex. 7 Application for a search warrant, Supreme Court of the State of New York, County of Suffolk, sitting as a local criminal court (Aug. 12, 2024) (USAO_APO_0001008-0001041).

Ex. 8 Application for search warrants, Supreme Court of the State of New York, County of Suffolk, sitting as a local criminal court (July 18, 2024) (USAO_APO_0000890-0000953).

Ex. 9 Affidavit of HSI Special Agent Jodie L. Donaghy, United States v. Gavin, No. 1:25-cr-00015 (D.R.I. Jan. 30, 2025), ECF No. 6.

Ex. 10 Affidavit of HSI Task Force Officer Kurt Ripke, United States v. O'Brien, No. 1:25-mj-00014 (D.R.I. Apr. 2, 2025), ECF No. 3-1.

3. Exhibits 1 through 8 bear Bates numbers designated USAO_APO_ by the government, denoting Attorney's Possession Only material under the Protective Order entered in this case on January 8, 2026. Dkt. No. 34 ¶ 3. The government has requested that such material be filed under seal, and the defense hereby obliges, although the basis for such sealing is unclear to the defense. Exhibits 9 and 10 are public filings in other districts and are not subject to the Protective Order.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on September 8, 2026, at New York, NY.

*/s/ Seema Sabu*

Seema Sabu, Esq.