# EXHIBIT 4

# FILED UNDER SEAL