# EXHIBIT 8

# FILED UNDER SEAL