**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 1, 2026

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Miles Connors*, 25 Cr. 444 (GBD)**

Dear Judge Daniels:

The Government has been informed that defendant Miles Connors intends to plead guilty to a superseding information pursuant to a plea agreement. The Government and counsel for Mr. Connors respectfully request that the Court schedule a change-of-plea hearing. The parties are available on October 14th, 2026, at 10:30 a.m.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

By: ______________________
Getzel Berger / Kevin Grossinger
Assistant United States Attorneys
(212) 637-1061 / 2426

cc: All counsel (by ECF)