**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

MILES CONNORS,

Defendant.

ORDER

25 Cr. 444-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

A conference as to Defendant Miles Connors is hereby scheduled for October 14, 2026, at 10:30 a.m.

Dated: October 5, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge