UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MILES CONNORS,

Defendant.

**WAIVER OF INDICTMENT**

S2 25 Cr. 444 (GBD)

The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Miles Connors
Defendant

Witness

Arlo Devlin-Brown, Esq.
Attorney for Defendant

Dated: New York, New York
October 14, 2026